.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**Jennifer S.,**

    **Plaintiff,**

        Case No.   **3:23-cv-31**

  v.

**Commissioner of Social Security,**        **Magistrate Judge Deavers**

    **Defendant.**

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**  This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE ORDER** filed on July 17, 2023, this action is remanded to the Commissioner of Social Security.

Date: July 17, 2023

                                             **Richard W. Nagel, Clerk of Court**

                                         By:   /s/ Valerie Brown
                                                        Valerie Brown, Deputy Clerk